UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND KIRKENDALL, III,

    Plaintiff,

v.

UNKNOWN CONKLIN, et al.,

    Defendants.

_____/

Case No. 1:18-cv-480

HON. JANET T. NEFF

## ORDER

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. Defendants Greenfield, Conner, Martens, Walker, and Watkins filed a motion for partial dismissal. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 9, 2019, recommending that this Court grant the motion and that Plaintiff's claims against Defendants Greenfield, Conner, Martens, Walker, and Watkins be dismissed without prejudice for failure to exhaust administrative remedies. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 49) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that "Defendants' Partial Motion to Dismiss" (ECF No. 39) is GRANTED. Plaintiff's claims against Defendants Greenfield, Conner, Martens, Walker, and Watkins are DISMISSED without prejudice for failure to exhaust administrative remedies.

Dated: October 4, 2019

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge